# United States Bankruptcy Court
### Western District of Virginia

In re  **Douglas P Drumheller**
**Deborah F Drumheller**

Case No. **11-50673**

Debtor(s)

Chapter **7**

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR (GENERIC)

**The Creditor's Former Mailing Address and Telephone Number was:**

Name: **Carilion Clinic**
Address: **PO Box 50021**

City, State and Zip: **Roanoke**, **VA 24022-0000**

**Please be advised that effective _____, 20___,**
**The Creditor's new mailing address and telephone number is:**

Name: **Carilion Clinic**

Address:

City, State and Zip:

**The Creditor's Former Mailing Address and Telephone Number was:**

Name: **Carillion Clinic**
Address: **PO Box 50021**

City, State and Zip: **Roanoke**, **VA 24022-0000**

**Please be advised that effective _____, 20___,**
**The Creditor's new mailing address and telephone number is:**

Name: **Carillion Clinic**

Address:

City, State and Zip:

**The Creditor's Former Mailing Address and Telephone Number was:**

Name: **Check n Go**
Address: **4540 Cooper Rd. Suite 200**

City, State and Zip: **Cincinnati**, **OH 45242-0000**

**Please be advised that effective _____, 20___,**
**The Creditor's new mailing address and telephone number is:**

Name: **Check n Go**

Address:

City, State and Zip:

Authorized Signer/Title

# United States Bankruptcy Court
## Western District of Virginia

In re: **Douglas P Drumheller / Deborah F Drumheller**, Debtor(s)

Case No. **11-50673**
Chapter **7**

### NOTICE OF CHANGE OF ADDRESS FOR CREDITOR (GENERIC)

**The Creditor's Former Mailing Address and Telephone Number was:**

Name: **Carilion Clinic**
Address:
City, State and Zip:

**Please be advised that effective May 19, 2011,**
**The Creditor's new mailing address and telephone number is:**

Name: **Carilion Clinic**
Address: **PO Box 50021**
City, State and Zip: **Roanoke, Va. 24022**

**The Creditor's Former Mailing Address and Telephone Number was:**

Name: **Carillion Clinic**
Address:
City, State and Zip:

**Please be advised that effective May 19, 2011,**
**The Creditor's new mailing address and telephone number is:**

Name: **Carillion Clinic**
Address: **PO Box 50021**
City, State and Zip: **Roanoke, Va. 24022**

**The Creditor's Former Mailing Address and Telephone Number was:**

Name: **Check n Go**
Address: 1327 W. Broad Suite #A
City, State and Zip: **Waynesboro, Va. 22980**

**Please be advised that effective May 19, 2011,**
**The Creditor's new mailing address and telephone number is:**

Name: **Check n Go**
Address: **4540 Cooper Rd, Suite 200**
City, State and Zip: **Cincinnati, OH 45242**

**/s/ Lucy Ivanoff, Esq.**
Authorized Signer/Title